THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § § § § § § § | |
| v. | Case No. 4:24-CR-27 |
| | Judge Jordan |
| RAMAN BHAUMIK (7) a/k/a RamanDeep PRASENJIT BHAUMIK (8) a/k/a Jay | |

## ORDER ON MOTION TO DISMISS

Having considered the United States' Motion to Dismiss, the Court finds that it has merit and should be GRANTED. Accordingly, it is hereby ORDERED that the following forfeiture asset is DISMISSED:

a. 2020 Mercedes Benz G550 SUV, VIN #WDCYC6BJ5LX336784 seized from **Raman Bhaumik** and **Prasenjit Bhaumik**

**So ORDERED and SIGNED this 18th day of September, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE